# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

### INDICTMENT FOR CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH THE INTENT TO DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE AND FIFTY GRAMS OR MORE OF COCAINE BASE, UNLAWFUL TRAVEL IN AID OF A RACKETEERING ENTERPRISE, DISTRIBUTION OF COCAINE, DISTRIBUTION OF FIFTY GRAMS OR MORE OF COCAINE BASE, POSSESSION WITH INTENT TO DISTRIBUTE COCAINE AND COCAINE BASE, <u>UNLAWFUL USE OF A COMMUNICATIONS FACILITY, AND FORFEITURE</u>

UNITED STATES OF AMERICA

versus CRIMINAL NO. 08- 108-RET-DLD

| | |
|---|---|
| WILLIE JONES, JR., also known as "Gator" and "G," KENYA BUNARD SMITH, also known as "Fat," MALCHAI L. TILLMAN, also known as "Nose" and "Chai," DEDRICK DIONELL TURNER, also known as "Debo," COURTNEY DEMON CLAYTON, also known as "C-Love," KIMBERLY SHAWN SMITH, also known as "Kim Smith" and "Big Red," REGINALD D. ALLEN, also known as "Mack," DWAYNE T. WICKER, also known as "Wayne" and "Little Wayne," TROY A. JOHNSON, also known as "T-Roy," JASON TYRONE PATTERSON, also known as "J-Rock," NICK HENRY MARTINEZ, also known as "Nick Garcia," JOSE RICARDO RAMIREZ, and SUZANNA MARIE VOELKER | 21 U.S.C. § 846<br>18 U.S.C. § 1952(a)(3)<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 843(b)<br>21 U.S.C. § 853<br>18 U.S.C. § 2 |

## <u>THE GRAND JURY CHARGES:</u>

### <u>COUNT ONE</u>
(Conspiracy)

**AT ALL TIMES RELEVANT TO THIS INDICTMENT:**

1.     **WILLIE JONES, JR.,** also known as "Gator," (hereinafter referred to as "**JONES**")**,** a defendant herein, was a Baton Rouge, Louisiana, resident who bought substantial amounts of cocaine from various sources of supply, and thereafter sold such

cocaine and cocaine base ("crack cocaine") derived therefrom for profit in the Baton Rouge area and elsewhere. **JONES** had at least two (2) sources for cocaine, defendant **NICK HENRY MARTINEZ** and an individual identified herein as **"A,"** and associated with many others in the endeavor to buy and sell cocaine and cocaine base ("crack cocaine"), including defendants **KENYA BUNARD SMITH, MALCHAI L. TILLMAN, DEDRICK DIONELL TURNER, COURTNEY DEMON CLAYTON,** and **KIMBERLY SHAWN SMITH.**

2. **KENYA BUNARD SMITH,** also known as "Fat," (hereinafter referred to as **"KENYA SMITH"**), a defendant herein, was a Baton Rouge, Louisiana, resident who assisted **JONES** in the venture to buy and sell cocaine and cocaine base ("crack cocaine"). **KENYA SMITH** associated with many others in the endeavor to buy and sell cocaine and cocaine base ("crack cocaine"), including defendants **REGINALD D. ALLEN, DWAYNE T. WICKER, JASON TYRONE PATTERSON,** and **TROY A. JOHNSON**.

3. **MALCHAI L. TILLMAN,** also known as "Nose" and "Chai" (hereinafter referred to as **"TILLMAN"**), a defendant herein, was a Baton Rouge, Louisiana, resident who bought substantial amounts of cocaine and cocaine base ("crack cocaine") from various sources of supply, including **JONES** and **KENYA SMITH,** and thereafter sold such cocaine and cocaine base ("crack cocaine") for profit in the Baton Rouge area and elsewhere. **TILLMAN** associated with many others in the endeavor to buy and sell cocaine and cocaine base ("crack cocaine"), including **JONES** and **KENYA SMITH.**

2

4. **DEDRICK DIONELL TURNER**, also known as "Debo," (hereinafter referred to as "**TURNER**"), a defendant herein, was a Baton Rouge, Louisiana, resident who assisted **JONES** and others in the venture to buy and sell substantial amounts of cocaine for profit in the Baton Rouge area.

5. **COURTNEY DEMON CLAYTON**, also known as "C-Love," (hereinafter referred to as "**CLAYTON**"), a defendant herein, was a Baton Rouge, Louisiana, resident who assisted **JONES** and others in the venture to buy and sell substantial amounts of cocaine for profit in the Baton Rouge area.

6. **KIMBERLY SHAWN SMITH**, also known as "Kim Smith" and "Big Red," (hereinafter referred to as "**KIM SMITH**"), a defendant herein, was a Baton Rouge, Louisiana, resident who associated with and assisted **JONES** and others in the venture to buy and sell substantial amounts of cocaine for profit.

7. **REGINALD D. ALLEN**, also known as "Mack," (hereinafter referred to as "**ALLEN**"), a defendant herein, was a Baton Rouge, Louisiana, resident who purchased various amounts of cocaine and cocaine base ("crack cocaine") from **KENYA SMITH** to sell for profit.

8. **DWAYNE T. WICKER**, also known as "Wayne" and "Little Wayne," (hereinafter referred to as "**WICKER**"), a defendant herein, was a Baton Rouge, Louisiana, resident who purchased various amounts of cocaine and cocaine base ("crack cocaine") from **KENYA SMITH** to sell for profit.

3

9.      **TROY A. JOHNSON**, also known as "T-Roy," (hereinafter referred to as "**JOHNSON**"), a defendant herein, was a Baton Rouge, Louisiana, resident who purchased various amounts of cocaine and cocaine base ("crack cocaine") from **KENYA SMITH** to sell for profit, and also provided cocaine to **KENYA SMITH** on occasion, to sell for profit.

10.      **JASON TYRONE PATTERSON,** also known as "J-Rock," (hereinafter referred to as "**PATTERSON**"), a defendant herein, was a Baton Rouge, Louisiana, resident who purchased various amounts of cocaine and cocaine base ("crack cocaine") from **KENYA SMITH** to sell for profit.

11.      **NICK HENRY MARTINEZ**, also known as "Nick Garcia," (hereinafter referred to as "**MARTINEZ**"), a defendant herein, was a Houston, Texas, resident who bought substantial amounts of cocaine and thereafter sold such cocaine for profit to **JONES** and others.  **MARTINEZ** associated with many others in the endeavor to buy and sell cocaine.

12.      **JOSE RICARDO RAMIREZ** (hereinafter referred to as "**RAMIREZ**"), a defendant herein, was a Houston, Texas, resident who associated with defendant **SUZANNA MARIE VOELKER** and others in the venture to distribute and transport funds from the sale of substantial amounts of cocaine for profit.

13.      **SUZANNA MARIE VOELKER** (hereinafter referred to as "**VOELKER**"), a defendant herein, was a Houston, Texas, resident who associated with **RAMIREZ**, and others in the venture to distribute and transport funds from the sale of substantial amounts of cocaine for profit.

4

## CONSPIRACY

14.     Beginning on an exact date unknown to the Grand Jury, but on or before July 20, 2006, and continuing thereafter until the date of this Indictment, in the Middle District of Louisiana and elsewhere, the defendants herein:

> **WILLIE JONES, JR.**
> **KENYA BUNARD SMITH**
> **MALCHAI L. TILLMAN**
> **DEDRICK DIONELL TURNER**
> **COURTNEY DEMON CLAYTON**
> **KIMBERLY SHAWN SMITH**
> **REGINALD D. ALLEN**
> **DWAYNE T. WICKER**
> **TROY A. JOHNSON**
> **JASON TYRONE PATTERSON**
> **NICK HENRY MARTINEZ**
> **JOSE RICARDO RAMIREZ**
> **SUZANNA MARIE VOELKER**

did conspire with each other and others, both known and unknown to the Grand Jury, knowingly and intentionally, to distribute and to possess with the intent to distribute five (5) kilograms or more of a substance containing a detectable amount of cocaine and fifty (50) grams or more of a substance containing a detectable amount of cocaine base, also known as "crack cocaine," Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), and did aid and abet the commission of said conspiracy.

## OBJECT OF THE CONSPIRACY

15.     The object of the defendants' conspiracy was to buy, possess, transport, distribute, and profit from the sale of cocaine and cocaine base ("crack cocaine") in Louisiana and elsewhere.

5

## MANNER AND MEANS OF ACCOMPLISHING THE CONSPIRACY

16.     In order to accomplish the purpose of the conspiracy, the defendants used, and caused others to use, the following manner and means:

    a.     **JONES**, using large sums of cash, purchased multi-kilogram amounts of cocaine for distribution in Baton Rouge, Louisiana, and elsewhere.

    b.     **JONES** maintained several residences in the names of others in order to run his drug trafficking operation and avoid police detection, including 117 La Maison Belle, Denham Springs, Louisiana; 18726 Jefferson Highway, Baton Rouge, Louisiana; and 15538 Riverdale Avenue East, Baton Rouge, Louisiana.

    c.     **JONES** purchased these large quantities of cocaine from at least two sources, **MARTINEZ** and "**A**," and distributed the cocaine to **KENYA SMITH**, **TILLMAN**, and others who further distributed the cocaine in Baton Rouge, Louisiana, and elsewhere.

    d.     **JONES** and **KENYA SMITH** distributed large amounts of cocaine and converted some of the cocaine to cocaine base ("crack cocaine") and then distributed the cocaine base ("crack cocaine") to lower-level dealers for further distribution in Baton Rouge, Louisiana, and surrounding areas.

    e.     **KENYA SMITH** distributed various amounts of cocaine and cocaine base ("crack cocaine") to **JOHNSON, WICKER, PATTERSON,** and **ALLEN,** and others for further distribution in the Baton Rouge, Louisiana, area.

Case 3:06-cr-00108-RET-DLD *SEALED* Document 1 08/08/06 Page 6 of 40

f.   **KENYA SMITH** obtained cocaine from **JOHNSON** to distribute when he could not obtain any from **JONES**.

g.   **JOHNSON, WICKER, PATTERSON, ALLEN,** and **TILLMAN** distributed various amounts of cocaine and cocaine base ("crack cocaine") to unknown customers in the Baton Rouge, Louisiana, area and elsewhere.

h.   **RAMIREZ, VOELKER** and other unknown individuals traveled from Houston, Texas, to Baton Rouge, Louisiana, to collect money from the sale of cocaine from **JONES** and **KENYA SMITH** and transport it back to Houston, Texas.

i.   **JONES, CLAYTON, TURNER,** and **KIM SMITH** traveled from Baton Rouge, Louisiana, to Houston, Texas, to purchase large quantities of cocaine to transport back to Baton Rouge, Louisiana, for distribution.

j.   **JONES, KENYA SMITH, TILLMAN, TURNER, CLAYTON, KIM SMITH, ALLEN, WICKER, JOHNSON, PATTERSON,** and **MARTINEZ** used telephones which were listed in their names and the names of others to discuss, negotiate and arrange the transportation, purchase, and sale of cocaine and cocaine base ("crack cocaine"). They also used telephones to facilitate the exchange of monies related to the buying and selling of cocaine and cocaine base ("crack cocaine").

7

k.    **JONES, KENYA SMITH, TILLMAN, TURNER, CLAYTON, ALLEN, WICKER, JOHNSON, PATTERSON, MARTINEZ, RAMIREZ,** and **VOELKER** used public and private places (including various business premises, hotels, homes, apartments, restaurants, and parking lots) to arrange cocaine and cocaine base ("crack cocaine") transactions and thereafter carry out the exchange of cocaine, cocaine base ("crack cocaine") and cash proceeds related to cocaine and cocaine base ("crack cocaine") trafficking.

l.    **JONES, KENYA SMITH, TILLMAN, TURNER, CLAYTON, ALLEN, WICKER, JOHNSON, PATTERSON,** and **MARTINEZ** took actions to evade law enforcement and protect the cocaine trafficking venture, including talking in code, and hiding the cocaine, cocaine base ("crack cocaine") and cash proceeds.

## ACTS IN FURTHERANCE OF THE CONSPIRACY

17.    In furtherance of the conspiracy and to accomplish its purposes, the defendants herein did commit, and did cause to be committed, acts in the Middle District of Louisiana and elsewhere, which included the following:

a.    On July 20, 2006, defendant **KENYA SMITH** distributed 250.7 grams of cocaine.

b.    On December 11, 2006, defendant **JONES** traveled west on Interstate 10 in Lake Charles, Louisiana, with over $170,000 in U.S. currency in his possession, which money was to be used to purchase cocaine in Houston, Texas.

8

c.     During a telephone call on June 11, 2007, defendant **CLAYTON** agreed to sell cocaine and thereafter did have another distribute it.

d.     On June 25, 2007, defendant **CLAYTON** distributed 55.5 grams of cocaine base ("crack cocaine").

e.     During a series of telephone calls on July 23, 2007, defendant **KENYA SMITH** and a customer discussed the lack of availability of cocaine and the price of cocaine, and the customer asked if **KENYA SMITH** could sell him one half kilogram of cocaine. **KENYA SMITH** called defendant **TILLMAN** and asked if **TILLMAN** would sell him one half kilogram of cocaine.

f.     During a telephone call on July 24, 2007, defendants **JONES** and **MARTINEZ** discussed the price and quality of cocaine.

g.     During a series of telephone calls on July 27, 2007, defendants **JONES** and **MARTINEZ** discussed a multi-kilogram sale of cocaine from **MARTINEZ** to **JONES**.

h.     During a series of telephone calls on July 28, 2007, defendants **JONES** and **MARTINEZ** continued to discuss a multi-kilogram sale of cocaine from **MARTINEZ** to **JONES**.

i.     During a telephone call on August 6, 2007, defendants **JONES** and **TILLMAN** discussed **JONES**' upcoming shipment of cocaine which required cash on delivery.

9

j.      On or about August 7, 2007, unknown individuals traveled from Houston, Texas, to Baton Rouge, Louisiana, to participate in the distribution of large quantities of cocaine to defendants **JONES** and **KENYA SMITH.**

k.      On August 7, 2007, defendants **JONES** and **KENYA SMITH** received a large delivery of cocaine at the residence maintained at 18726 Jefferson Highway, Baton Rouge, Louisiana, from a Houston, Texas source traveling in a Dodge Caravan, Texas license plate 793HFG and a second van, Texas license plate 898RTK.

l.      During a telephone call on August 7, 2007, defendants **KENYA SMITH** and **JOHNSON** discussed the supply, quality and price of cocaine.

m.      During a series of telephone calls on August 8, 2007, defendant **KENYA SMITH** and an unknown customer in Mobile, Alabama, discussed the price for a kilogram of cocaine to be delivered to the customer in Mobile, Alabama.

n.      During a series of telephone calls on August 8, 2007, defendants **KENYA SMITH** and **PATTERSON** discussed the delivery of cocaine, the price of cocaine, and whether **KENYA SMITH** would "front" cocaine to **PATTERSON**.

o.      During a series of telephone calls on August 8, 2007, defendants **KENYA SMITH** and **ALLEN** discussed the delivery and price of cocaine and arranged to meet to conclude the transaction.

10

p.      During a telephone call on August 8, 2007, defendants **KENYA SMITH** and **JOHNSON** discussed that **JOHNSON** was waiting to hear from his customers to determine how much cocaine he wanted to purchase from **KENYA SMITH**.

q.      During a telephone call on August 8, 2007, defendants **JONES** and **TILLMAN** discussed how much money **TILLMAN** had collected from his customers.

r.      On or about August 8, 2007, defendants **RAMIREZ** and **VOELKER** traveled from Texas to Baton Rouge, Louisiana, to pick up payment for cocaine and transport the payment back to Houston, Texas.

s.      On or about August 9, 2007, payment for cocaine was given to defendant **RAMIREZ** to be transported back to Houston, Texas, by defendants **RAMIREZ** and **VOELKER**.

t.      On August 9, 2007, defendants **VOELKER** and **RAMIREZ**, left Baton Rouge, Louisiana, traveling west on Interstate 10 in a Dodge Caravan, Texas license plate 793HFG, in possession of $159,400, which was payment from defendants **JONES** and **SMITH** for the cocaine delivered to Baton Rouge.

u.      During a telephone call on August 9, 2007, defendant **KENYA SMITH** and an unknown customer discussed the quality of the cocaine that **KENYA SMITH** had for sale, which was uncut and would convert to cocaine base ("crack cocaine") at a rate of 5-6 grams over its original weight.

Case 3:06-cr-00108-RET-DLD *SEALED* Document 1 08/06/2008 Page 11 of 40

v.        During a series of telephone calls on August 9, 2007, defendant **ALLEN** ordered cocaine from defendant **KENYA SMITH**, and arranged to meet to conclude the transaction.

w.        During a telephone call on August 9, 2007, defendants **KENYA SMITH** and **JOHNSON** discussed **KENYA SMITH**'s location on Jefferson Highway, and **JOHNSON** warned that City Police were in the area.

x.        During a series of telephone calls on August 10, 2007, defendants **JONES** and **KENYA SMITH** discussed how much money they had collected to pay their source and that the source was calling to see when they would bring him the money.

y.        During a telephone call on August 10, 2007, defendants **JONES** and **KENYA SMITH** discussed cocaine and the packaging with the "Number Eleven" on it.

z.        During a telephone call on August 11, 2007, defendant **KENYA SMITH** and an unknown customer from Mobile, Alabama, discussed the amount of cocaine **KENYA SMITH** had for sale.

aa.        During a telephone call on August 11, 2007, defendant **ALLEN** called defendant **KENYA SMITH** and complained that the cocaine **KENYA SMITH** sold to him was "short".

Case 3:08-cr-00108-RET-DLD *SEALED* Document 08/06/2008 Page 12 of 40

bb.     During a series of telephone calls on August 11, 2007, defendants **JONES** and **KENYA SMITH** discussed which vehicles **JONES** would use to go to Houston, Texas, and **KENYA SMITH** would use to go to Mobile, Alabama.

cc.     During a telephone call on August 11, 2007, defendants **JONES** and **KENYA SMITH** discussed how many kilograms of cocaine would fit in the "spot" (hidden compartment underneath the console) of **KENYA SMITH**'s Expedition.

dd.     On August 11, 2007, defendant **KENYA SMITH** traveled from Baton Rouge, Louisiana, to Mobile, Alabama, to distribute cocaine to an unknown customer in Alabama.

ee.     During a series of telephone calls on August 11, 2007, defendant **KENYA SMITH** told an unknown customer in Mobile, Alabama, that he was almost to Mobile, Alabama, to deliver cocaine and made arrangements to meet with him.

ff.     On or about August 12, 2007, defendants **JONES, CLAYTON, TURNER,** and **KIM SMITH,** traveled from Baton Rouge, Louisiana, to Houston, Texas, to purchase cocaine to transport back to Baton Rouge, Louisiana, for distribution. **CLAYTON** and **TURNER** traveled in a Ford Expedition belonging to **KENYA SMITH**, and **JONES** and **KIM SMITH** traveled in a rented vehicle.

13

gg.     During a telephone call on August 13, 2007, defendant **KIM SMITH** told defendant **KENYA SMITH** that defendant **JONES** had obtained cocaine while they were in Houston, Texas, and that **JONES** had brought it back to Baton Rouge, Louisiana, and wanted to leave it at her house.

hh.     During a telephone call on August 15, 2007, defendant **KENYA SMITH** confronted defendant **JONES** about the cocaine that **JONES** had obtained in Houston, Texas.  **JONES** told **KENYA SMITH** that the quality of the cocaine was poor and that he had given it to defendant **TILLMAN** to convert to cocaine base ("crack cocaine").

ii.     During a telephone call on August 16, 2007, defendants **KIM SMITH** and **KENYA SMITH** discussed that the reason defendant **JONES** wanted to leave the cocaine at **KIM SMITH's** house was because a policeman lives near **JONES'** house.

jj.     On August 16, 2007, defendant **TILLMAN** distributed 245.92 grams of cocaine base ("crack cocaine") for $4,900.

kk.     During a telephone call on August 16, 2007, defendants **JONES** and **MARTINEZ** discussed various sources, the availability, and the quality of cocaine.

ll.     During a telephone call on August 17, 2007, defendant **KENYA SMITH** warned defendant **JONES** that the police pulled out behind him in a blue car.

14

mm. During a telephone call on August 18, 2007, defendants **KENYA SMITH** and **JOHNSON** discussed the supply of cocaine base ("crack cocaine") in the area and arranged a sale of cocaine base ("crack cocaine") from **KENYA SMITH** to **JOHNSON**.

nn. During a telephone call on August 18, 2007, defendants **JONES** and **TILLMAN** discussed poor quality cocaine and mixing poor quality cocaine with good quality cocaine to make it marketable.

oo. During a series of telephone calls on August 18, 2007, defendants **KENYA SMITH** and **ALLEN** negotiated a sale of cocaine base ("crack cocaine") after **KENYA SMITH** tested it to assure **ALLEN** of its quality.

pp. During a series of telephone calls on August 18, 2007, defendants **KENYA SMITH** and **PATTERSON** negotiated a sale of cocaine base ("crack cocaine").

qq. During a telephone call on August 18, 2007, defendant **JOHNSON** called defendant **KENYA SMITH** and warned him that the police were out.

rr. During a telephone call on August 20, 2007, defendants **KENYA SMITH** and **PATTERSON** discussed the quality and price of cocaine base ("crack cocaine").

15

ss.    During a telephone call on August 20, 2007, defendant **KENYA SMITH** asked defendant **JONES** what cocaine he had given to a customer who was complaining about the quality, and **JONES** advised that it was "Number Eleven".

tt.    During a telephone call on August 21, 2007, defendants **KENYA SMITH** and **WICKER** discussed prices for cocaine base ("crack cocaine") and powder cocaine.

uu.    During a series of telephone calls on August 22, 2007, defendant **WICKER** requested cocaine base ("crack cocaine") from defendant **KENYA SMITH** for two customers. **WICKER** and **KENYA SMITH** agreed to meet in the parking lot of the Daiquiri Café for the transaction.

vv.    On August 22, 2007, defendant **KENYA SMITH** delivered cocaine base ("crack cocaine") to defendant **WICKER** at the Daiquiri Café on Greenwell Springs Road.

ww.    During a telephone call on August 22, 2007, defendants **JONES** and **KENYA SMITH** discussed that defendant **TILLMAN** wanted to buy one kilogram of cocaine base ("crack cocaine").

xx.    During a series of telephone calls on August 22, 2007, defendants **JONES** and **TILLMAN** discussed the sale of one kilogram of cocaine base ("crack cocaine") from **JONES** to **TILLMAN**.

yy.    On August 22, 2007, defendant **JONES** delivered one kilogram of cocaine base ("crack cocaine") to defendant **TILLMAN**.

16

zz. During a series of telephone calls on August 22, 2007, defendant **JONES** and an unknown customer known as "Lee" arranged a sale of one kilogram of cocaine base ("crack cocaine") and agreed to meet at the same car wash used in an earlier transaction.

aaa. On August 23, 2007, defendant **TILLMAN** distributed 216.3 grams of cocaine base ("crack cocaine") for $5,000.

bbb. During a telephone call on August 26, 2007, defendants **JONES** and **MARTINEZ** discussed that **MARTINEZ** had cocaine available in Houston to sell to **JONES**.

ccc. During a series of telephone calls on August 26, 2007, defendants **KENYA SMITH** and **JOHNSON** discussed money owed by **JOHNSON** to **KENYA SMITH** from prior cocaine sales and arranged to meet at the Days Inn off of I-12 near Celebration Station for **KENYA SMITH** to collect money from **JOHNSON**.

ddd. During a telephone call on August 27, 2007, defendant **JOHNSON** told defendant **KENYA SMITH** that he was getting one kilogram of "Number Eleven" cocaine and he needed **KENYA SMITH** to help him sell it.

eee. During a telephone call on August 28, 2007, defendant **JONES** told defendant **KENYA SMITH** that he would rather rent a car than have **KENYA SMITH** drive his Charger because it would attract the attention of law enforcement.

Case 3:08-cr-00108-RET-DLD *SEALED* Document 1 08/06/2008 Page 17 of 40

fff.  On August 29, 2007, defendant **JOHNSON** provided cocaine to defendant **KENYA SMITH** to be distributed.

ggg.  During a series of telephone calls on August 29, 2007, defendant **WICKER** requested cocaine base ("crack cocaine") from defendant **KENYA SMITH** for a customer. **WICKER** called back and asked for a price on cocaine, and **KENYA SMITH** stated he would have to ask defendant **JOHNSON**. **WICKER** later advised that his customer had found another source but requested that **KENYA SMITH** "front" the cocaine base ("crack cocaine") to him and allow him to pay later because he had another customer interested in it. **WICKER** and **KENYA SMITH** agreed to meet at the same spot as before.

hhh.  On August 30, 2007, defendant **JOHNSON** provided cocaine to defendant **KENYA SMITH** to be further distributed.

iii.  During a telephone call on August 31, 2007, defendant **JONES** warned defendant **MARTINEZ** about an individual that had been arrested by federal agents and might be cooperating.

jjj.  During a series of telephone calls on August 31, 2007, defendants **KENYA SMITH** and **ALLEN** arranged a sale of cocaine and agreed to meet at a McDonald's to conclude the transaction.

kkk.  On August 31, 2007, defendant **KENYA SMITH** distributed 126.2 grams of cocaine to defendant **ALLEN** to be further distributed.

lll.  During a telephone call on September 4, 2007, defendants **JONES** and **MARTINEZ** discussed a multi-kilogram sale of cocaine.

18

mmm. During a telephone call on September 4, 2007, defendant **JONES** told defendant **CLAYTON** that they would not be leaving for Houston that day, although he would have liked to because it was raining.

nnn. During a telephone call on September 6, 2007, defendant **JONES** told defendant **MARTINEZ** that he wanted four or five kilograms of cocaine.

ooo. During a telephone call on September 6, 2007, defendant **MARTINEZ** told defendant **JONES** that he only had three kilograms of cocaine left and **JONES** said he would come to Houston, Texas, that night so that he could get it the next day.

ppp. During a telephone call on September 7, 2007, defendant **JONES** told defendant **KENYA SMITH** to collect all of the money owed to him because **JONES** was short on money for the trip to Houston, Texas, and **KENYA SMITH** told **JONES** that only defendant **PATTERSON** and another individual owed him money.

qqq. During a telephone call on September 7, 2007, defendants **KENYA SMITH** and **PATTERSON** discussed money owed to **KENYA SMITH**.

rrr. During a telephone call on September 7, 2007, defendant **WICKER** told defendant **KENYA SMITH** that he had money owed to **KENYA SMITH**.

19

Case 3:06-cr-00108-REU1D8B-ASEALED DocDocument 08/06/80/66/2008 19 Page 19 of 40

sss. On September 7, 2007, defendants **JONES, TURNER,** and **CLAYTON** traveled to Houston, Texas, from Baton Rouge, Louisiana, to purchase three kilograms of cocaine. **CLAYTON** and **TURNER** traveled in a Ford Expedition belonging to defendant **KENYA SMITH,** and **JONES** traveled in a rented vehicle.

ttt. During a telephone call on September 7, 2007, while defendants **JONES, TURNER** and **CLAYTON** were traveling to Houston, **JONES** called and told **TURNER** and **CLAYTON** to get in the right lane and drive the speed limit.

uuu. On September 8, 2007, defendants **CLAYTON** and **TURNER** traveled on Interstate 10 in St. Martin Parish in the Ford Expedition belonging to defendant **KENYA SMITH** and transported three kilograms of cocaine hidden in a secret compartment underneath the center console. Defendant **JONES** was traveling in the vicinity in a separate vehicle.

vvv. During a telephone call on September 8, 2007, defendant **JONES** told an unidentified male that defendants **CLAYTON** and **TURNER** were arrested in St. Martin Parish and that he had tried to distract the police by "bumping my head" and swerving, but the police stopped **CLAYTON** and **TURNER** instead of him.

www. During a telephone call on September 8, 2007, defendant **JONES** told defendant **MARTINEZ** that defendants **CLAYTON** and **TURNER** were stopped by police an hour before they got to Baton Rouge, Louisiana, and that the police may have found the cocaine. **JONES**

20

asked if **MARTINEZ**'s people would "front" him some more cocaine so that he could make some money to get his people out of jail.

The above is a violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

**COUNTS TWO through FIVE**
(Unlawful Travel in Aid of a Racketeering Enterprise)

18.    On or about the dates listed below, in the Middle District of Louisiana and elsewhere, the below listed defendants did travel in interstate commerce with the intent to promote, manage, establish, carry on, and facilitate unlawful activities, that is, a business enterprise involving the distribution of cocaine and conspiracy to distribute cocaine, violations of Title 21, United States Code, Sections 841 and 846, and thereafter the defendants did perform, and attempt to perform, acts to transport and distribute controlled substances and to collect and distribute money from sales of controlled substances in the State of Louisiana and elsewhere:

| COUNT | DATE OF TRAVEL | DEFENDANTS | DESCRIPTION OF TRAVEL |
|---|---|---|---|
| 2 | On or about August 8, 2007 | **JOSE RAMIREZ SUZANNA VOELKER** | **RAMIREZ** and **VOELKER** traveled via automobile from Houston, Texas, to Baton Rouge, Louisiana, for the purpose of collecting funds from the sale of cocaine. |
| 3 | On or about August 11, 2007 | **KENYA SMITH** | **KENYA SMITH** traveled via automobile from Baton Rouge, Louisiana, to Mobile, Alabama, for the purpose of distributing cocaine. |

21

| 4 | On or about August 12, 2007 | **WILLIE JONES DEDRICK TURNER COURTNEY CLAYTON KIM SMITH** | **JONES, TURNER, CLAYTON**, and **KIM SMITH** traveled via automobiles from Baton Rouge, Louisiana, to Houston, Texas, for the purpose of purchasing cocaine to be distributed in Baton Rouge, Louisiana. |
| 5 | On or about September 7, 2007 | **WILLIE JONES DEDRICK TURNER COURTNEY CLAYTON** | **JONES, TURNER,** and **CLAYTON** traveled via automobiles from Baton Rouge, Louisiana, to Houston, Texas, for the purpose of purchasing cocaine to be distributed in Baton Rouge, Louisiana. |

Each of the above is a violation of Title 18, United States Code, Section 1952(a)(3), and Title 18, United States Code, Section 2.

## COUNT SIX
(Distribution of Cocaine)

19.     On or about July 20, 2006, in the Middle District of Louisiana, **KENYA BUNARD SMITH**, defendant herein, knowingly and intentionally did distribute a substance containing a detectable quantity of cocaine, a Schedule II controlled substance.

The above is a violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN
(Distribution of Cocaine Base)

20.     On or about June 25, 2007, in the Middle District of Louisiana, **COURTNEY DEMON CLAYTON,** defendant herein, knowingly and intentionally did distribute fifty (50) grams or more of a substance containing a detectable quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The above is a violation of Title 21, United States Code, Section 841(a)(1).

22

## COUNT EIGHT
(Distribution of Cocaine)

21.     On or about August 31, 2007, in the Middle District of Louisiana, **KENYA BUNARD SMITH**, defendant herein, knowingly and intentionally did distribute a substance containing a detectable quantity of cocaine, a Schedule II controlled substance.

The above is a violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE
(Possession with Intent to Distribute Cocaine)

22.     On or about August 31, 2007, in the Middle District of Louisiana, **REGINALD D. ALLEN**, defendant herein, knowingly and intentionally did possess with the intent to distribute a substance containing a detectable quantity of cocaine, a Schedule II controlled substance.

The above is a violation of Title 21, United States Code, Section 841(a)(1).

## COUNTS TEN through THIRTY-NINE
(Unlawful Use of Communications Facilities)

23.     On or about the dates listed below, in the Middle District of Louisiana, the below named defendants, knowingly and intentionally used communications facilities (telephones), in committing and in causing and facilitating the commission of felonies under the Controlled Substances Act, that is, conspiracy to distribute, possession with intent to distribute, and distribution of cocaine and cocaine base, also known as "crack cocaine," which are violations of Title 21, United States Code, Sections 846 and 841(a)(1):

23

| COUNT | DEFENDANTS | DATE OF USE | DESCRIPTION OF USE OF TELEPHONE |
|---|---|---|---|
| 10 | **Jones** and **Martinez** | 7/24/07 | Discussion of price and quality of cocaine |
| 11 | **Jones** and **Martinez** | 7/28/07 | Discussion of price and upcoming sale of cocaine |
| 12 | **Jones** and **Tillman** | 8/6/07 | Discussion of price and quality of cocaine |
| 13 | **Kenya Smith** and **Johnson** | 8/7/07 | Discussion of price, quality and sale of cocaine |
| 14 | **Kenya Smith** and **Patterson** | 8/8/07 | Discussion of availability and price of cocaine |
| 15 | **Kenya Smith** | 8/9/07 | Discussion of quality and conversion ratio of cocaine to cocaine base ("crack cocaine") |
| 16 | **Kenya Smith** and **Allen** | 8/11/07 | Discussion of shortage in sale of cocaine |
| 17 | **Kenya Smith** and **Kim Smith** | 8/13/07 | Discussion of location of cocaine |
| 18 | **Kenya Smith** and **Jones** | 8/15/07 | Discussion of quality of cocaine |
| 19 | **Jones** and **Martinez** | 8/16/07 | Discussion of availability and quality of cocaine |
| 20 | **Jones** and **Tillman** | 8/17/07 | Discussion of poor quality of cocaine |
| 21 | **Kenya Smith** and **Allen** | 8/18/07 | Discussion of sale of cocaine base ("crack cocaine") |
| 22 | **Kenya Smith** and **Patterson** | 8/18/07 | Discussion of sale of cocaine base ("crack cocaine") |
| 23 | **Kenya Smith** and **Patterson** | 8/20/07 | Discussion of conversion and price of cocaine base ("crack cocaine") |
| 24 | **Jones** and **Kenya Smith** | 8/20/07 | Discussion of quality of cocaine sold to customer |
| 25 | **Kenya Smith** and **Wicker** | 8/21/07 | Discussion of price for cocaine and cocaine base ("crack cocaine") |

24

| 26 | **Kenya Smith** and **Wicker** | 8/22/07 | Discussion of sale of cocaine base ("crack cocaine") |
|---|---|---|---|
| 27 | **Jones** and **Kenya Smith** | 8/22/07 | Discussion of sale of cocaine base ("crack cocaine") |
| 28 | **Jones** and **Tillman** | 8/22/07 | Discussion of sale of cocaine base ("crack cocaine") |
| 29 | **Kenya Smith** and **Johnson** | 8/27/07 | Discussion of quality and sales of cocaine |
| 30 | **Kenya Smith** and **Wicker** | 8/29/07 | Discussion of price of cocaine base ("crack cocaine") |
| 31 | **Kenya Smith** and **Allen** | 8/31/07 | Discussion of price and quality of cocaine |
| 32 | **Jones** and **Martinez** | 9/4/07 | Discussion of sale of cocaine |
| 33 | **Jones** and **Martinez** | 9/6/07 | Discussion of sale of cocaine |
| 34 | **Jones** and **Kenya Smith** | 9/7/07 | Discussion of payment for cocaine |
| 35 | **Kenya Smith** and **Clayton** | 9/7/07 | Discussion of vehicles for travel to Houston to obtain cocaine |
| 36 | **Jones** and **Clayton** | 9/7/07 | Discussion of vehicles for travel to Houston to obtain cocaine |
| 37 | **Jones** and **Turner** | 9/7/07 | Discussion of location during travel to Houston to obtain cocaine |
| 38 | **Jones** and **Martinez** | 9/8/07 | Discussion of seizure of cocaine |
| 39 | **Jones** and **Kenya Smith** | 9/17/07 | Discussion of cocaine at La Maison Belle |

Each of the above is a violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

Case 3:06-cr-00108-RET-DLD-SEALED Document 18/06/08-06/2008/25 Page 25 of 40

## FORFEITURE ALLEGATION

As a result of the felony offense alleged in Count One of this Indictment and upon conviction of this offense, **WILLIE JONES, JR., KENYA BUNARD SMITH, MALCHAI L. TILLMAN, DEDRICK DIONELL TURNER, COURTNEY DEMON CLAYTON, KIMBERLY SHAWN SMITH, REGINALD D. ALLEN, DWAYNE T. WICKER, TROY A. JOHNSON, JASON TYRONE PATTERSON, NICK HENRY MARTINEZ, JOSE RICARDO RAMIREZ, and SUZANNA MARIE VOELKER**, defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from proceeds obtained, directly or indirectly, as a result of the said violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation, including, but not limited to the following:

a.  $159,400 in United States currency seized from defendants **RAMIREZ** and **VOELKER** during the traffic stop on August 9, 2007; and

b.  $12,634 in United States currency seized during the execution of a search warrant at 11315 S. Flintridge, Baton Rouge, Louisiana, defendant **JONES'** residence, on September 17, 2007.

UNITED STATES OF AMERICA, by

_[signature]_

DAVID R. DUGAS
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

_[signature]_

JENNIFER M. KLEINPETER
ASSISTANT UNITED STATES ATTORNEY

**A TRUE BILL**

_[signature]_

GRAND JURY FOREPERSON

8-6-08

DATE

| | | |
|---|---|---|
| **Criminal Cover Sheet** | | **U.S. District Court** |

**Place of Offense:**

City _____ Baton Rouge _____

County/Parish _____ East Baton Rouge Parish _____

**Matter to be sealed:** ☐ No ☒ Yes

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Case Number _____
Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:** ___ 07-242-RET-DLD ___

**Defendant Information:**

Defendant Name _____ Willie Jones, Jr.
Alias
Address
Birthdate _____ SS # _____ Sex _____ Race _____ Nationality

**U.S. Attorney Information:**

AUSA _____ Jennifer M. Kleinpeter _____ Bar # _____ 18329

**Interpreter:** ☒ No ☐ Yes _____ **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of _____
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations**

**Total # of Counts:** ___ 19 ___ ☐ Petty ☐ Misdemeanor ☒ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| set 1 | 21 U.S.C. 846 | Conspiracy to distribute and to possess with the intent to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base | 1 |
| set 2 | 18 U.S.C. 1952(a)(3) | Unlawful travel in aid of a racketeering enterprise | 4, 5 |
| set 3 | 21 U.S.C. 843(b) | Unlawful use of communications facilities | 10, 11, 12, 18, 19, 20, 25, 28, 29, 33, 34, 35, 37, 38, 39, 40 |

Date: __ 2-6-08 __ **Signature of AUSA:** _____

**District Court Case Number (To be filled in by deputy clerk):** _____

**Place of Offense:**                              **Matter to be sealed:** ☐ No  ☒ Yes

City          Baton Rouge                   **Related Case Information:**

County/Parish   East Baton Rouge Parish      Superseding Indictment _____ Docket Number _____
                                             Same Defendant _____     New Defendant _____
                                             Magistrate Case Number _____
                                             Warrant Case No. _____
                                             R 20/ R 40 from District of _____
                                             **Any Other Related Cases:**   07-242-RET-DLD

**Defendant Information:**

Defendant Name    Kenya Bunard Smith
Alias
Address
Birthdate        SS #         Sex       Race       Nationality

**U.S. Attorney Information:**

AUSA      Jennifer M. Kleinpeter                          Bar #   18329

**Interpreter:** ☒ No ☐ Yes    **List language and/or dialect:** _____

**Location Status:**

Arrest Date   _____
_____      Already in Federal Custody as of    _____
_____      Already in State Custody
_____      On Pretrial Release

**U.S.C. Citations**

Total # of Counts:     24          ☐ Petty   ☐ Misdemeanor   ☒ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| set 1 | 21 U.S.C. 846 | Conspiracy to distribute and to possess with the intent to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base | 1 |
| set 2 | 18 U.S.C. 1952(a)(3) | Unlawful travel in aid of a racketeering enterprise | 3 |
| set 3 | 21 U.S.C. 841(a)(1) | Distribution of cocaine | 6, 8 |
| set 4 | 21 U.S.C. 843(b) | Unlawful use of communications facilities | 13, 14, 15, 16, 17, 18, 21, 22, 23, 24, 25, 26, 27, 28, 30, 31, 32, 35, 36, 40 |

Date:  8-6-08                    **Signature of AUSA:**

# Criminal Cover Sheet U.S. District Court

**Place of Offense:**

City ___Baton Rouge___

County/Parish ___East Baton Rouge Parish___

**Matter to be sealed:** ☐ No ☒ Yes

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Case Number _____
Warrant Case No. _____
R 20/ R 40 from District of _____
Any Other Related Cases: ___07-242-RET-DLD___

**Defendant Information:**

Defendant Name ___Malchai L. Tillman___
Alias
Address
Birthdate          SS #          Sex          Race          Nationality

**U.S. Attorney Information:**

AUSA ___Jennifer M. Kleinpeter___          Bar # ___18329___

**Interpreter:** ☒ No ☐ Yes          **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of _____
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___4___          ☐ Petty          ☐ Misdemeanor          ☒ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| set 1 ___21 U.S.C. 846___ | Conspiracy to distribute and to possess with the intent to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base | ___1___ |
| set 2 ___21 U.S.C. 843(b)___ | Unlawful use of communications facilities | ___12, 20, 29___ |

Date: ___8-6-08___          Signature of AUSA: _[signature]_

**District Court Case Number (To be filled in by deputy clerk):** _____

# Criminal Cover Sheet     U.S. District Court

**Place of Offense:**          **Matter to be sealed:**   ☐ No   ☒ Yes

City        <u>Baton Rouge</u>

County/Parish   <u>East Baton Rouge Parish</u>

**Related Case Information:**

Superseding Indictment _____   Docket Number _____
Same Defendant _____     New Defendant _____
Magistrate Case Number _____
Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:**   <u>07-242-RET-DLD</u>

**Defendant Information:**

Defendant Name    Dedrick Dionell Turner
Alias
Address
Birthdate       SS #       Sex     Race     Nationality

**U.S. Attorney Information:**

AUSA    Jennifer M. Kleinpeter             Bar #   18329

**Interpreter:** ☒ No ☐ Yes    **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____
_____    Already in Federal Custody as of      _____
_____    Already in State Custody
_____    On Pretrial Release

**U.S.C. Citations**

**Total # of Counts:**    <u>4</u>      ☐ Petty    ☐ Misdemeanor    ☒ Felony

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count(s)</u> |
|---|---|---|---|
| set 1 | <u>21 U.S.C. 846</u> | <u>Conspiracy to distribute and to possess with the</u> intent to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base | <u>1</u> |
| set 2 | <u>18 U.S.C. 1952(a)(3)</u> | <u>Unlawful travel in aid of a racketeering enterprise</u> | <u>4, 5</u> |
| set 3 | <u>21 U.S.C. 843(b)</u> | <u>Unlawful use of communications facilities</u> | <u>38</u> |

**Date:** <u>8 6 08</u>      **Signature of AUSA:** _____

**District Court Case Number (To be filled in by deputy clerk):** _____

| | **Criminal Cover Sheet** | **U.S. District Court** |
|---|---|---|

**Place of Offense:**                                              Matter to be sealed:  ☐ No  ☒ Yes

City                    Baton Rouge

County/Parish   East Baton Rouge Parish

**Related Case Information:**

Superseding Indictment _____  Docket Number ____
Same Defendant _____         New Defendant _____
Magistrate Case Number   _____
Warrant Case No.   _____
R 20/ R 40 from District of _____
Any Other Related Cases:   07-242-RET-DLD

**Defendant Information:**

Defendant Name     Courtney Demon Clayton
Alias
Address
Birthdate            SS #              Sex         Race        Nationality

**U.S. Attorney Information:**

AUSA      Jennifer M. Kleinpeter                          Bar #   18329

**Interpreter:**  ☒ No  ☐ Yes      **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____
_____    Already in Federal Custody as of    _____
_____    Already in State Custody
_____    On Pretrial Release

**U.S.C. Citations**

Total # of Counts:     6           ☐ Petty   ☐ Misdemeanor   ☒ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| set 1 | 21 U.S.C. 846 | Conspiracy to distribute and to possess with the intent to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base | 1 |
| set 2 | 18 U.S.C. 1952(a)(3) | Unlawful travel in aid of a racketeering enterprise | 4, 5 |
| set 3 | 21 U.S.C. 841(a)(1) | Distribution of cocaine base | 7 |
| set 4 | 21 U.S.C. 843(b) | Unlawful use of communications facilities | 36, 37 |

**Date:** 8-6-08                    **Signature of AUSA:** _____

**District Court Case Number (To be filled in by deputy clerk):** _____

# Criminal Cover Sheet

**U.S. District Court**

**Place of Offense:**

City     Baton Rouge

County/Parish   East Baton Rouge Parish

**Matter to be sealed:**   ☐ No   ☒ Yes

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Case Number _____
Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:**   07-242-RET-DLD

**Defendant Information:**

Defendant Name    Kimberly Shawn Smith
Alias
Address
Birthdate     SS #      Sex     Race     Nationality

**U.S. Attorney Information:**

AUSA    Jennifer M. Kleinpeter        Bar #   18329

**Interpreter:** ☒ No ☐ Yes    **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____
_____   Already in Federal Custody as of   _____
_____   Already in State Custody
_____   On Pretrial Release

**U.S.C. Citations**

Total # of Counts:    3      ☐ Petty    ☐ Misdemeanor    ☒ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| set 1 | 21 U.S.C. 846 | Conspiracy to distribute and to possess with the intent to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base | 1 |
| set 2 | 18 U.S.C. 1952(a)(3) | Unlawful travel in aid of a racketeering enterprise | 4 |
| set 3 | 21 U.S.C. 843(b) | Unlawful use of communications facilities | 17 |

**Date:** 8-6-08     **Signature of AUSA:** _____

**District Court Case Number (To be filled in by deputy clerk):** _____

# Criminal Cover Sheet

**U.S. District Court**

**Place of Offense:**

**Matter to be sealed:** ☐ No ☒ Yes

City _____ Baton Rouge _____

County/Parish _____ East Baton Rouge Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Case Number _____
Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:** _____ 07-242-RET-DLD _____

**Defendant Information:**

Defendant Name    Reginald D. Allen
Alias
Address
Birthdate          SS #        Sex      Race       Nationality

**U.S. Attorney Information:**

AUSA    Jennifer M. Kleinpeter                          Bar #  18329

**Interpreter:** ☒ No ☐ Yes    **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____
_____    Already in Federal Custody as of    _____
_____    Already in State Custody
_____    On Pretrial Release

**U.S.C. Citations**

**Total # of Counts:** _____ 5 _____    ☐ Petty    ☐ Misdemeanor    ☒ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| set 1 | 21 U.S.C. 846 | Conspiracy to distribute and to possess with the intent to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base | 1 |
| set 2 | 21 U.S.C. 841(a)(1) | Possession with intent to distribute cocaine | 9 |
| set 3 | 21 U.S.C. 843(b) | Unlawful use of communications facilities | 16, 22, 32 |

Date: 8-6-08    **Signature of AUSA:** _____

**District Court Case Number (To be filled in by deputy clerk):** _____

# Criminal Cover Sheet                    U.S. District Court

**Place of Offense:**                    **Matter to be sealed:** ☐ No ☒ Yes

City ___Baton Rouge___                   **Related Case Information:**

County/Parish ___East Baton Rouge Parish___    Superseding Indictment _____ Docket Number _____
                                         Same Defendant _____ New Defendant _____
                                         Magistrate Case Number _____
                                         Warrant Case No. _____
                                         R 20/ R 40 from District of _____
                                         **Any Other Related Cases:** ___07-242-RET-DLD___

**Defendant Information:**

Defendant Name        Dwayne T. Wicker
Alias
Address
Birthdate        SS #        Sex        Race        Nationality

**U.S. Attorney Information:**

AUSA        Jennifer M. Kleinpeter                    Bar #  18329

**Interpreter:** ☒ No ☐ Yes        **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____
_____        Already in Federal Custody as of _____
_____        Already in State Custody
_____        On Pretrial Release

**U.S.C. Citations**

**Total # of Counts:** ___4___        ☐ Petty    ☐ Misdemeanor    ☒ Felony

| **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|
| set 1   21 U.S.C. 846 | Conspiracy to distribute and to possess with the intent to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base | 1 |
| set 2   21 U.S.C. 843(b) | Unlawful use of communications facilities | 26, 27, 31 |

**Date:** 8-6-08        **Signature of AUSA:** _[signature]_

**District Court Case Number (To be filled in by deputy clerk):** _____

**Criminal Cover Sheet** **U.S. District Court**

**Place of Offense:**                    **Matter to be sealed:**  ☐ No  ☒ Yes

City                   Baton Rouge

**Related Case Information:**

County/Parish   East Baton Rouge Parish

Superseding Indictment _____  Docket Number _____
Same Defendant _____   New Defendant _____
Magistrate Case Number _____
Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:**   07-242-RET-DLD

**Defendant Information:**

Defendant Name   Troy A. Johnson
Alias
Address
Birthdate          SS #          Sex          Race          Nationality

**U.S. Attorney Information:**

AUSA     Jennifer M. Kleinpeter                    Bar #   18329

**Interpreter:** ☒ No  ☐ Yes     **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____
_____    Already in Federal Custody as of _____
_____    Already in State Custody
_____    On Pretrial Release

**U.S.C. Citations**

**Total # of Counts:** ___3___          ☐ Petty    ☐ Misdemeanor    ☒ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| set 1   21 U.S.C. 846 | Conspiracy to distribute and to possess with the intent to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base | 1 |
| set 2   21 U.S.C. 843(b) | Unlawful use of communications facilities | 13, 30 |

**Date:** 8-6-08          **Signature of AUSA:** _[signature]_

**District Court Case Number (To be filled in by deputy clerk):** _____

# Criminal Cover Sheet                    U.S. District Court

**Place of Offense:**                    **Matter to be sealed:** ☐ No  ☒ Yes

City           Baton Rouge               **Related Case Information:**

County/Parish  East Baton Rouge Parish    Superseding Indictment _____ Docket Number _____
                                          Same Defendant _____     New Defendant _____
                                          Magistrate Case Number _____
                                          Warrant Case No. _____
                                          R 20/ R 40 from District of _____
                                          **Any Other Related Cases:** _07-242-RET-DLD_

**Defendant Information:**

Defendant Name    Jason Tyron Patterson
Alias
Address
Birthdate         SS #         Sex      Race      Nationality

**U.S. Attorney Information:**

AUSA    Jennifer M. Kleinpeter                    Bar #  18329

**Interpreter:** ☒ No ☐ Yes    **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____
_____    Already in Federal Custody as of   _____
_____    Already in State Custody
_____    On Pretrial Release

**U.S.C. Citations**

**Total # of Counts:** ___5___        ☐ Petty   ☐ Misdemeanor   ☒ Felony

| **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|
| set 1   21 U.S.C. 846 | Conspiracy to distribute and to possess with the intent to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base | 1 |
| set 2   21 U.S.C. 843(b) | Unlawful use of communications facilities | 14, 21, 23, 24 |

**Date:** _8-6-08_    **Signature of AUSA:** _____

**District Court Case Number (To be filled in by deputy clerk):** _____

# Criminal Cover Sheet

**U.S. District Court**

**Place of Offense:**

City       <u>Baton Rouge</u>

County/Parish   <u>East Baton Rouge Parish</u>

**Matter to be sealed:**   ☐ No   ☒ Yes

**Related Case Information:**

Superseding Indictment _____ Docket Number \_\_\_\_\_
Same Defendant _____   New Defendant \_\_\_\_\_
Magistrate Case Number _____
Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:**   <u>07-242-RET-DLD</u>

**Defendant Information:**

Defendant Name     Nick Henry Martinez
Alias
Address
Birthdate       SS #       Sex      Race      Nationality

**U.S. Attorney Information:**

AUSA     Jennifer M. Kleinpeter                Bar #   18329

**Interpreter:** ☒ No ☐ Yes     **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____
_____     Already in Federal Custody as of     _____
_____     Already in State Custody
_____     On Pretrial Release

**U.S.C. Citations**

Total # of Counts:    \_\_\_\_7\_\_\_\_      ☐ Petty    ☐ Misdemeanor    ☒ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| set 1 | <u>21 U.S.C. 846</u> | <u>Conspiracy to distribute and to possess with the</u> <u>intent to distribute 5 kilograms or more of cocaine</u> <u>and 50 grams or more of cocaine base</u> | <u>1</u> |
| set 2 | <u>21 U.S.C. 843(b)</u> | <u>Unlawful use of communications facilities</u> | <u>10, 11, 19, 33, 34, 39</u> |

**Date:** <u>8-6-08</u>      **Signature of AUSA:** _(signature)_

**District Court Case Number (To be filled in by deputy clerk):** _____

# Criminal Cover Sheet     U.S. District Court

**Place of Offense:**     **Matter to be sealed:** ☐ No ☒ Yes

City          Baton Rouge

**Related Case Information:**

County/Parish   East Baton Rouge Parish

Superseding Indictment _____  Docket Number ____
Same Defendant _____  New Defendant _____
Magistrate Case Number _____
Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:**   07-242-RET-DLD

## Defendant Information:

Defendant Name     Jose Ricardo Ramirez
Alias
Address
Birthdate          SS #          Sex        Race        Nationality

## U.S. Attorney Information:

AUSA     Jennifer M. Kleinpeter                               Bar #   18329

**Interpreter:** ☒ No ☐ Yes    **List language and/or dialect:** _____

## Location Status:

Arrest Date _____
_____     Already in Federal Custody as of _____
_____     Already in State Custody
_____     On Pretrial Release

## U.S.C. Citations

**Total # of Counts:**     2          ☐ Petty    ☐ Misdemeanor    ☒ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| set 1 | 21 U.S.C. 846 | Conspiracy to distribute and to possess with the intent to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base | 1 |
| set 2 | 18 U.S.C. 1952(a)(3) | Unlawful travel in aid of a racketeering enterprise | 2 |
| set 3 | _____ | _____ | _____ |

**Date:** 8-6-08     **Signature of AUSA:** _____

**District Court Case Number (To be filled in by deputy clerk):** _____

# Criminal Cover Sheet

**U.S. District Court**

**Place of Offense:**

City      <u>Baton Rouge</u>

County/Parish   <u>East Baton Rouge Parish</u>

**Matter to be sealed:** ☐ No ☒ Yes

**Related Case Information:**

Superseding Indictment _____ Docket Number ____
Same Defendant _____ New Defendant ____
Magistrate Case Number _____
Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:** <u>07-242-RET-DLD</u>

**Defendant Information:**

Defendant Name    Suzanna Marie Voelker
Alias
Address
Birthdate      SS #      Sex      Race      Nationality

**U.S. Attorney Information:**

AUSA    Jennifer M. Kleinpeter             Bar #   18329

**Interpreter:** ☒ No ☐ Yes     **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of _____
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations**

Total # of Counts:    <u>2</u>      ☐ Petty    ☐ Misdemeanor    ☒ Felony

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count(s)__ |
|---|---|---|---|
| set 1 | 21 U.S.C. 846 | Conspiracy to distribute and to possess with the intent to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base | 1 |
| set 2 | 18 U.S.C. 1952(a)(3) | Unlawful travel in aid of a racketeering enterprise | 2 |
| set 3 | | | |

**Date:** 7-6-08      **Signature of AUSA:** _(signature)_

**District Court Case Number (To be filled in by deputy clerk):** _____

**Place of Offense:**

City　　　　　　Baton Rouge

County/Parish　East Baton Rouge Parish

**Matter to be sealed:**　☐ No　☒ Yes

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____　　New Defendant _____
Magistrate Case Number _____
Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:**　07-242-RET-DLD

**Defendant Information:**

Defendant Name　　Jason Tyron Patterson
Alias
Address
Birthdate　　　SS #　　　Sex　　Race　　Nationality

**U.S. Attorney Information:**

AUSA　　Jennifer M. Kleinpeter　　　　　　Bar #　18329

**Interpreter:**　☒ No　☐ Yes　　**List language and/or dialect:** _____

**Location Status:**

Arrest Date _____
_____　　Already in Federal Custody as of　_____
_____　　Already in State Custody
_____　　On Pretrial Release

**U.S.C. Citations**

**Total # of Counts:**　　6　　　　☐ Petty　☐ Misdemeanor　☒ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| set 1　21 U.S.C. 846 | Conspiracy to distribute and to possess with the intent to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base | 1 |
| set 2　21 U.S.C. 843(b) | Unlawful use of communications facilities | 14, 20, 21, 23, 24 |

**Date:** 8-6-08　　　**Signature of AUSA:** _____

**District Court Case Number (To be filled in by deputy clerk):** _____