UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA           CRIMINAL ACTION

VERSUS

WILLIE JONES, JR.                  NO.: 3:08-cr-00108-BAJ-SCR

## RULING AND ORDER

Before the Court is Petitioner's **MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY (Doc. 632)**. The Magistrate Judge has issued a **REPORT (Doc. 666)** recommending that Petitioner's Motion be denied and, further, that a certificate of appealability be denied, (*id.* at p. 22). Petitioner filed timely objections to the Magistrate Judge's Report. (Doc. 669).

Having carefully considered Petitioner's **MOTION (Doc. 632)** and related filings—including Petitioner's objections—the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 666)** and **ADOPTS** it as the Court's opinion in this matter. Accordingly, for the reasons explained in the Magistrate Judge's Report (Doc. 666),

**IT IS ORDERED** that Petitioner's **§ 2255 MOTION (Doc. 632)** is **DENIED**.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED because Petitioner cannot "ma[ke] a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Baton Rouge, Louisiana, this 1ST day of July, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA